UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | : | |
|---|---|---|
| DEVIN D. HOWARD, | : | CASE NO. 20-cv-02802 |
| | : | |
| Plaintiff, | : | ORDER |
| | : | |
| v. | : | |
| | : | |
| JAMIE ONION, ET AL., | : | |
| | : | |
| Defendants. | : | |
| | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiff filed this action and his motion to proceed *in forma pauperis* on December 18, 2020.

The Court granted Plaintiff's IFP motion on April 22, 2021.[1] That same day, the Court dismissed this action under 28 U.S.C. § 1915(e).[2] Plaintiff appealed and the Sixth Circuit reinstated some of Plaintiff's claims.[3]

Before Plaintiff may litigate those claims, Defendants must receive service of process.[4] As an IFP *pro se* litigant, Plaintiff is entitled to have the U.S. Marshal serve process on Defendants.[5] But Plaintiff must first comply with this Court's filing requirements.[6] Plaintiff's initial filing did not include sufficient complaint copies, summonses, or U.S. Marshal forms to serve each Defendant.

---

[1] Doc. 3.
[2] Doc. 4.
[3] Howard v. Onion, No. 21-3515, 2022 WL 2065950, at *3 (6th Cir. May 17, 2022).
[4] *See generally* Fed. R. Civ. P. 4.
[5] 28 U.S.C. § 1915(d); N.D. Ohio Civ. R. 4.1.
[6] *See Pro Se IFP Complaint Instructions*, U.S. Dist. Ct. N.D. Ohio, https://www.ohnd.uscourts.gov/pro-se-ifp-complaint-instructions. Specifically, those instructions provide that the following are needed for filing:
  1. Application to Proceed without Prepaying Fees or Costs (In Forma Pauperis - IFP) - AO 240
  2. Civil Cover Sheet (3 Stapled Pages)
  3. Complaint (see sample) * [Plaintiff] will need the original plus, one copy for each defendant, one copy for each of the U.S. Attorneys (if applicable), and a copy for [himself].

Case No. 20-cv-2802
GWIN, J.

The Court therefore **ORDERS** Plaintiff to supplement his complaint to comply with its filing requirements.

IT IS SO ORDERED.

Dated: August 29, 2022          *s/ James S. Gwin*
                                                        JAMES S. GWIN
                                                        UNITED STATES DISTRICT JUDGE

---

4. Summonses (2 for each named defendant)(see sample) * if a U.S. Government agency or officer is sued, you must also provide summonses for the U.S. Attorney General (Dept. of Justice, Washington, D.C. 20044) and the U.S. Attorney, N.D. Ohio (801 West Superior Avenue, Suite 400, Cleveland, Ohio 44113-1852).
5. U.S. Marshal Forms (1 for each named defendant)(see sample) * if a U.S. Government agency or officer is sued, you must also provide U.S. Marshal Forms for the U.S. Attorney General and the local U.S. Attorney.

*Id.* The Court's website also provides blank copies of the required forms. *Pro Se Information*, U.S. DIST. CT. N.D. OHIO, https://www.ohnd.uscourts.gov/pro-se-information.